**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



FILED

JUL 26 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: LOMBARD FLATS, LLC,

Debtor.

------------------------------

CHEUK TIN YAN,

Plaintiff - Appellant,

v.

LOMBARD FLATS, LLC,

Defendant - Appellee.

No.    14-16624

D.C. No. 4:13-cv-04735-PJH

ORDER*

Appeal from the United States District Court
for the Northern District of California
Phyllis J. Hamilton, Chief Judge, Presiding

Argued and Submitted July 20, 2016
San Francisco, California

Before: GRABER, and TALLMAN, Circuit Judges, and RAKOFF,** District
    Judge.

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The Honorable Jed S. Rakoff, United States District Judge for the
Southern District of New York, sitting by designation.

This appeal is DISMISSED as moot. Costs on appeal are awarded to Defendant-Appellee and against Plaintiff-Appellant. This order shall serve as the mandate of this court.